United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO P. PALOMINOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROY E. BARNES, Warden,<br><br>　　　　Respondent. | Case No. 13-cv-04669-JST (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Madera County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: November 5, 2013



JON S. TIGAR
United States District Judge